IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DANIEL J. LEVITAN,

    Plaintiff,

v.                                     CASE NO. 5:14-cv-77-RS-CJK

MICHAEL D. CREWS, et al.,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 27). I have reviewed the report and recommendation *de novo*. No objections were filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's "Motion for Temporary Restraining Order; and/or Preliminary or Permanent Injunctive Relief" (Doc. 9) is **DENIED AS MOOT**.

**ORDERED** on December 18, 2014.

                                            **/s/ Richard Smoak**
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**