IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DANIEL J. LEVITAN,**

    **Plaintiff,**

**v.**                                                     **Case No. 5:14cv77-MW/CJK**

**MICHAEL D. CREWS, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Report and Recommendation. ECF No.47. Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Upon the Plaintiff's filing a Voluntary Dismissal, ECF No. 46, this case is **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED on June 5, 2015.**

                                                            **s/Mark E. Walker**
                                                            **United States District Judge**